IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

STEVEN JOHN HAYS                                           PLAINTIFF

        v.                          No. 05-5198

BENTON COUNTY SHERIFF'S OFFICE/
DETENTION CENTER, et al.                                   DEFENDANTS

**<u>O R D E R</u>**

Now on this 21st[h] day of September 2006, comes on for consideration the report and recommendation filed herein on August 28, 2006, by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas. (Doc. 23.) No objections to the report and recommendation have been filed.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, defendants' **Motion to Dismiss (Doc. 20)** is **GRANTED** and the Benton County Sheriff's Office/Detention Center is **DISMISSED** as a defendant to this action.

IT IS SO ORDERED.

                                        /S/JIMM LARRY HENDREN
                                        JIMM LARRY HENDREN
                                        UNITED STATES DISTRICT JUDGE