IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

STEVEN JOHN HAYS                                                                                    PLAINTIFF

V.                                          Case No. 05-5198

BENTON COUNTY SHERIFF'S OFFICE/
DETENTION CENTER, SHERIFF KEITH FERGUSON;
CAPT. PETRAY; DR. NEIL MULLINS, LT. PAUL
CARTER, CPL. TOMLIN and NURSE SUE McDONALD                       DEFENDANTS

# ORDER

On October 26, 2006, defendants filed a motion to compel answers to discovery requests (Doc. 25). Defendants state they propounded interrogatories and requests for production of documents to the plaintiff on August 18, 2006. Defendants further contend that additional correspondence regarding plaintiff's past-due discovery responses was sent on October 11, 2006. However, to date, defendants state they have not received plaintiff's responses.

Under the Federal Rules of Civil Procedure, plaintiff had thirty (30) days to respond to the discovery requests. Fed. R. Civ. P. 33(b)(3) & 34(b). Plaintiff did not request an extension of time to respond to the discovery requests. Therefore, plaintiff has failed to respond in the time provided by law.

Accordingly, defendants' motion to compel is granted. Plaintiff is directed to provide defendants with the required responses to the discovery requests by **5:00 p.m. on November 13, 2006.**

IT IS SO ORDERED this 1st day of November 2006.

/s/ Beverly Stites Jones
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE