IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

STEVEN JOHN HAYS                                              PLAINTIFF

v.                                    Civil No. 05-5198

SHERIFF KEITH FERGUSON,
CAPTAIN PETRAY, LIEUTENANT
CARTER, CORPORAL TOMLIN, NURSE
SUE MCDONALD, and DR. NEAL MULLINS                            DEFENDANTS

## ORDER

As it appears this case may be resolved on motion for summary judgment, the defendants are

directed to file such a motion on or before January 2, 2007. Plaintiff is directed not to respond to

the motion for summary judgment until so ordered by the court.

IT IS SO ORDERED this 17th day of November 2006.


                                              /s/ Beverly Stites Jones
                                              HON. BEVERLY STITES JONES
                                              UNITED STATES MAGISTRATE JUDGE