IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

STEVEN JOHN HAYS                                              PLAINTIFF

V.                                    Case No. 05-5198

SHERIFF KEITH FERGUSON;
CAPT. PETRAY; DR. NEIL MULLINS, LT. PAUL
CARTER, CPL. TOMLIN and NURSE SUE McDONALD          DEFENDANTS


**REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

Plaintiff filed this pro se civil rights action pursuant to 42 U.S.C. § 1983 on December 7, 2005. (Doc. 1). His complaint was filed in forma pauperis (IFP). At the time he filed the complaint, plaintiff was an inmate at the Benton County Jail.

On October 26, 2006, the defendants filed a motion to compel, stating the plaintiff had failed to respond to discovery requests. (Doc. 25, 26). On November 1, 2006, this court entered an order granting the defendants' motion to compel and ordering plaintiff to respond to said discovery requests on or before November 13, 2006. On December 8, 2006, the defendants filed a motion to dismiss indicating that plaintiff had failed to respond as ordered by this court. (Doc. 29, 30). We note that there is no indication in the record to suggest that plaintiff failed to receive the court's order.

I therefore recommend plaintiff's complaint be dismissed on the grounds he has failed to obey an order of this court. *See* Fed. R. Civ. P. 41(b). **Plaintiff has ten days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 13th day of December 2006.

/s/ Beverly Stites Jones
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE