IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


STEVEN JOHN HAYS                                            PLAINTIFF

v.                          Civil No. 05-5198

SHERIFF KEITH FERGUSON;
CAPT. PETRAY; LT. PAUL CARTER;
CORPORAL TOMLIN; NURSE SUE
McDONALD; DR. NEIL MULLINS                                 DEFENDANTS

### O R D E R

Now on this 4th day of January, 2007, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #31, filed December 13, 2006), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, plaintiff's complaint is hereby **dismissed and this case is closed.**

**IT IS SO ORDERED.**


                                        /s/Jimm Larry Hendren
                                        HON. JIMM LARRY HENDREN
                                        UNITED STATES DISTRICT JUDGE